IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 13-cv-01127-RBJ

TOM DANIELSON,

    Plaintiff,

v.

EVOLVE BEVERAGES, INC., a Hawaii corporation; and
STEPHEN BROWN,

    Defendants.

---

## ORDER GRANTING DEFAULT JUDGMENT

    It is hereby ordered that Plaintiff's First Motion for Default Judgment as to Evolve Beverages, Inc. and Stephen Brown (Dkt. 25) is GRANTED. Judgment shall be entered in favor of Plaintiff Tom Danielson and against Defendants Evolve Beverages, Inc. and Stephen Brown for $350,000.00, jointly and severally.

    DATED this 10th day of June, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge